No. 306. JOHNSON, SECRETARY OF DEFENSE, ET AL. v. EISENTRAGER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for petitioners. *A. Frank*

---

*MR. JUSTICE DOUGLAS took no part in the consideration or decision of the cases in which judgments or orders were this day announced.

*Reel, Milton Sandberg* and *Wallace M. Cohen* for respondents.

*Certiorari Denied.* (*See also No. 88, Misc., supra.*)